# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134732

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 134732
                                  COA: 278921
                                  Wayne CC: 90-001928-02

BRIAN SIMPSON,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 13, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
Clerk

s1119